# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

JEFFREY A. WOGENSTAHL,

              Petitioner,      :     Case No. 1:19-cv-403

   - vs -                         District Judge Thomas M. Rose
                                             Magistrate Judge Michael R. Merz

TIM SHOOP, Warden,
  Chillicothe Correctional Institution,

                                      :
              Respondent.

## RECOMMITTAL ORDER

This capital habeas corpus case is before the Court on Petitioner's Objections (ECF No. 14) to the Magistrate Judge's Order to transfer this case to the Sixth Circuit Court of Appeals as a second or successive habeas application (Transfer Order, ECF No. 11).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

August 28, 2019.

                                                                           s/Thomas M. Rose

                                                           Thomas M. Rose
                                                  United States District Judge